United States Courts
Southern District of Texas
**FILED**

**FEB 21 2019**

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 19 CR 135 |
| | § | |
| RAFAEL E. PINTO-FRANCESCHI | § | |
| and | § | UNDER SEAL |
| FRANZ H. MULLER-HUBER | § | |

## NOTICE OF RELATED CASES

The United States of America gives notice to the Court that the above-captioned matter is related to several other cases currently pending in the Southern District of Texas and requests this Court consolidate it with these other matters for ease of disposition and conservation of Court resources. In particular, this case is related to *United States v. Camacho*, Case No. 17-CR-394. In that case, Camacho was charged with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i). His case was assigned to the Hon. Gray Miller, and Camacho pleaded guilty that Court on July 5, 2017. Camacho is named as one of the conspirators in this case, and the indictment alleges that the defendants, Rafael Pinto and Franz Muller, conspired with Camacho to pay bribes, commit wire fraud, and commit money laundering. Indeed, Count Five of the indictment charges a conspiracy to commit money laundering identical to the count to which Camacho pleaded guilty.

This case is also factually related to *United States v. Guedez*, Case No. 18-CR-611, which is assigned to the Hon. Gray Miller. Guedez was charged by information and pleaded guilty on October 30, 2018, to conspiring to commit money laundering. That money laundering conspiracy is the same conspiracy charged in this case, and Co-Conspirators 3 and 4 in Guedez's charging documents are the two defendants charged here. (Guedez and Camacho's cases are also factually related to *United States v. Castillo*, Case No. 18-200, which was similarly assigned to the Hon. Gray Miller. Defendant Castillo pleaded guilty on September 13, 2018, and sentencing is scheduled for July 2019 in front of Judge Miller.)

The United States requests that this case also be assigned to the Hon. Gray Miller, who is presiding over the lowest-numbered case.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:   JOHN PEARSON
      ROBERT JOHNSON
      Assistant United States Attorneys
