UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § |
| VS. | § CRIMINAL ACTION NO. 4:19-CR-135 |
| | § *SEALED* |
| | § |
| RAFAEL E PINTO-FRANCESCHI, *et al*, | § |
| | § |
| Defendants. | § |

## NOTICE OF TRANSFER

By agreement of the judges, this action is hereby TRANSFERRED to the docket of Judge Gray Miller.

Deadlines remain in effect. Court settings are VACATED.

DAVID BRADLEY, CLERK OF COURT

By: Rhonda S. Hawkins
Case Manager to United States
District Judge Andrew S. Hanen

Date: February 28, 2019